FOWLER et al., Appellants, v. GRESS MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Robert A. Fowler and another against the Gress Manufacturing Company. No opinion. Motion for stay denied, without costs. Application for leave to appeal to the Appellate Division denied, with $10 costs.

FRANKLIN et al. v. LEITER et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Wm. B. Franklin and others against Joseph Leiter, impleaded with others. No opinion. Appellants' time to serve brief extended until August 1, 1915. Settle order on notice.

FRASZAK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Louis Fraszak against the Erie Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON and FOOTE, JJ., dissent.

FRIEL, Respondent, v. AZTEC ASPHALT CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Patrick Friel against the Aztec Asphalt Company, Incorporated. G. J. McDonnell, of New York City, for appellant. H. C. Smyth, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000; in which event the judgment as so reduced and the order appealed from are affirmed, without costs. Settle order on notice.

FURST, Appellant, v. ADLER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Charles S. Furst against A. Sanford Adler, impleaded with others. F. Bien, of New York City, for appellant. H. Wollman, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and, disbursements, on the authority of Tanzer v. Breen, 131 App. Div. 654, 116 N. Y. Supp. 110. Order filed.

GALVIN v. NEW YORK CENT. & H. R. R. CO. et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Jeremiah Galvin against the New York Central & Hudson River Railroad Company and another. No opinion. Motion denied. See, also, 152 N. Y. Supp. 1112.

GARAHAN, Respondent, v. GEER, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Joseph H. Garahan against Edward F. Geer. No opinion. Order affirmed, with $10 costs and disbursements.

GARDINER, Respondent, v. WENDELL, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by E. Watson Gardiner against Willis Wendell. No opinion. Judgment and order unanimously affirmed, with costs.

GARDNER, Respondent, v. ELMIRA, C. & W. RY., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by John Gardner against the Elmira, Corning & Waverly Railway. No opinion. Motion denied. See, also, 152 N. Y. Supp. 1112.

GEARY, Appellant, v. SINGEWALD et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by Edmond G. Geary against Otto Singewald and others. No opinion. Order affirmed, with $10 costs and disbursements.

GEDNEY v. PLANTEN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by James W. Gedney against Normanus R. Planten. No opinion. Application denied, with $10 costs. Order signed. See, also, 153 N. Y. Supp. 423.

GENERAL RUBBER CO., Appellant, v. BENEDICT, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the General Rubber Company against Elias C. Benedict. G. H. Gardiner, of New York City, for appellant. R. L. Hoguet, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and order for examination reinstated; the date of examination to be fixed on settlement of the order. Settle order on notice. See, also, 165 App. Div. 982, 150 N. Y. Supp. 1087.

GENERAL RUBBER CO. OF BRAZIL, Appellant, v. BENEDICT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the General Rubber Company of Brazil against Elias C. Benedict, impleaded with others. G. H. Gardiner, of New York City, for appellant. R. L. Hoguet, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and order for examination reinstated; the date of examination to be fixed on settlement of the order. Settle order on notice.

GENEVA NAT. BANK, Respondent, v. FRANK BREWERY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by the Geneva National Bank against the Frank Brewery. No opinion. Judgment and order affirmed, with costs.